People of the State of Illinois ex rel. John S. Rusch, Appellee, v. Joseph Levey et al., Appellants.

Gen. No. 41,053.

opinion filed January 20, 1941; rehearing denied February 5, 1941. Simon Herr and Mayer Goldberg, for appellants; Thomas J. Courtney, State's Attorney, for appellee; John F. Cashen, Jr., of counsel. Opinion by Justice John J. Sullivan. "Not to be published in full."